UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————x

K-BEECH, INC.,                                          :

         Plaintiff,                             :

                                                       :     **ANONYMOUS NON-PARTY UNDISCLOSED PRINCIPAL'S MOTION TO QUASH PLAINTIFF'S SUBPOENA DIRECTED TO VERIZON INTERNET SERVICES LEGAL COMPLIANCE FOR LACK OF SUBJECT MATTER JURISDICTION IN THE COURT**

                                                             ECF CASE

         -vs-                                    :     Civil Action No.

JOHN DOES 1-21,                                              11-CV-04777-GBD
                                                       :

         Defendants.                             :

———————————————————————x

      By and through undersigned counsel, Anonymous Non-Party Undisclosed Principal, a son of John Doe 19, moves the Court to quash the subpoena issued out of the U.S. District Court for the Northern District of Texas in the above-styled case addressed to Verizon Internet Services, Legal Compliance, P.O. Box 1001, San Antonio, TX 76902 demanding the name, address and telephone number of defendant John Doe 19 for lack of subject matter jurisdiction in the court. A true and exact copy of the subpoena without the attached Notice provided by Verizon is annexed hereto as Exhibit A.

DATED: October 24, 2011

        Respectfully submitted,

*[signature]*
Harry D. Lewis, Esq., HL-8975
Attorney for Anonymous Non-Party
Undisclosed Principal
275 Madison Avenue, Suite 1400
New York, N.Y. 10016
Phone: (212)-813-8393
Fax:    (718)-874-4421
e-mail: hlewis888 at optimum.net

## UNSWORN DECLARATION OF SERVICE

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that I served a copy of this motion together with the annexed Unsworn Declaration of Harry D. Lewis and Memorandum of Law in Support of Motion to Quash, both dated October 24, 2011, upon Verizon Internet Services, Legal Compliance, P.O. Box 1001, San Angelo, TX 76902 and upon Evan J. White, Esq., c/o DiSanto LLP, 15 Maiden Lane, Suite 1208, New York, N.Y. 10038 on this 24th day of October, 2011 via Express U.S. Mail, overnight delivery requested.

*[signature]*
Harry D. Lewis

# EXHIBIT A

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the Northern District of Texas

| K-Beech, Inc., Plaintiff v. John Does 1 - 21, Defendants. | Civil Action No. 11-CV-4777 UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK |
|---|---|

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Verizon Internet Services
Legal Compliance
P.O. Box 1001
San Angelo, TX 76902
Via Facsimile: (325) 949-6916

[X] *Production*: YOU ARE COMMANDED to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

Please produce documents identifying the name, address, and telephone number of the defendant John Does listed in the below chart:

| Doe# | IP Address | Date/Time UTC |
|---|---|---|
| 19 | 71.183.92.178 | 4/22/2011 4:58 |
| 20 | 72.89.118.139 | 4/14/2011 6:43 |
| 21 | 74.101.97.121 | 5/23/2011 11:51 |

| Place: Evan J. White, Esq. DiSanto LLP 15 Maiden Lane, Suite 1208 New York, NY 10038 | Date and Time: September 30, 2011 @ 9:30 a.m. |
|---|---|

[ ] *Inspection of Premises*: YOU ARE COMMANDED to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
|  |  |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 4\6\11

CLERK OF COURT

_____ OR _____
*Signature of Clerk or Deputy Clerk*          *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing Plaintiff, who issues or requests this subpoena, are:
Evan J. White, Esq., DiSanto LLP, 15 Maiden Lane, New York, NY 10038,
Telephone: (212) 766-2468, Email: ewhite@evanwhitelaw.com