UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------, x
K-Beech, Inc.,
                      Plaintiff,

    -v-

John Does 1-21,
                     Defendants.
------------------------------------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 2 5 2011

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

11 Civ. 4777 (GBD)(HBP)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

__X__ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

__X__ Specific Non-Dispositive Motion/Dispute: Motion to Quash Third Party Subpoena

_____ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

_____ Settlement

_____ Inquest After Default/Damages Hearing

_____ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

_____ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

_____ Habeas Corpus

_____ Social Security

__X__ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

All such motions:__

Dated: November 22, 2011

SO ORDERED:

*George B. Daniels*
United States District Judge