USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

K-BEECH, INC.,

                      Plaintiff,

         vs.

JOHN DOES 1-21,

                      Defendants.

------------------------------------------------------------X

Civil Action No. 1:11-cv-04777-GBD

### PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF DOES 1 AND 3 ONLY

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Does 1 and 3 ("Defendants"). Pursuant to the settlement agreements' terms, Plaintiff hereby voluntary dismisses Doe Defendants 1 and 3 from this action with prejudice. John Does 1 and 3 were assigned the IP Addresses 24.44.169.214 and 69.118.114.138. For the avoidance of doubt, Plaintiff is not voluntarily dismissing any other Defendant.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) Defendants have neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

JAN 03 2012

SO ORDERED:

*/s/ George B. Daniel*
U.S.D.J.
HON. GEORGE B. DANIELS

Respectfully submitted,

LAW OFFICE OF FREDERIC R. ABRAMSON

By: */s/ Frederic R. Abramson*
Frederic R. Abramson (FA3918)
Attorneys for Plaintiff
160 Broadway, Suite 500
New York, NY 10038
(P) 212-233-0666
(F) 212-267-7571
Email: fabramson@abramsonlegal.com

## CERTIFICATE OF SERVICE

    I hereby certify that on December 28, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

    By: _/s/ Frederic R. Abramson_