USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 2 1 2012

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------X
                                      :

K-BEECH, INC.,
                                        :

                 Plaintiff,    :               Civil Action No. 1:11-cv-04777-GBD

                                        :

            vs.                         :

                                        :

JOHN DOES 1-21,
                                        :

               Defendants.  :

                                        :
------------------------------------------------------X

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF ALL REMAINING DEFENDANTS

**PLEASE TAKE NOTICE** that Plaintiff hereby voluntary dismisses without prejudice all remaining Defendants in this case. Plaintiff has discussed with the Defendants for which has obtained identities the possibility of an amicable resolution without the necessity of further court intervention. This process enables all parties to cost effectively and confidentially manage the disputes between them.

Consistent herewith, Plaintiff consents to the Court closing its file on this matter for administrative purposes.

Dated: March 15, 2012

Respectfully submitted,

LAW OFFICE OF FREDERIC R. ABRAMSON

By:    /s/ *Frederic R. Abramson*
Frederic R. Abramson (FA3918)
Attorneys for Plaintiff
160 Broadway, Suite 500
New York, NY 10038
(P) 212-233-0666
(F) 212-267-7571
Email: fabramson@abramsonlegal.com

**SO ORDERED**

MAR 2 7 2012

*George B. Daniels*
U.S.D.J.
HON. GEORGE B. DANIELS

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

/s/ *Frederic R. Abramson*
Frederic R. Abramson (FA3918)

2